RAMBERG *v.* SUPERINTENDENT OF SPRING
GROVE STATE HOSPITAL

[H. C. No. 114, September Term, 1957.]

*Decided May 27, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-
COTT and HORNEY, JJ.

HENDERSON, J., delivered the opinion of the Court.

In this application for leave to appeal from the denial of
a writ of *habeas corpus,* it appears that petitioner was con-
victed and sentenced on a charge of drunken driving, and
efforts to obtain a release were denied. *Ramberg v. Warden,*
209 Md. 631. He was transferred to Spring Grove State
Hospital and his sentence expired on October 29, 1957.
However, prior to that date, on October 25, 1956, he was
committed on certificate of two doctors, and is now being
detained under Code (1957), Art. 59, sec. 31. As we have
repeatedly held, there is no right of appeal in a *habeas corpus*

case unless the confinement is a result of prosecution for a criminal offense. Code (1957), Art. 42, sec. 7; *Miller v. Superintendent,* 198 Md. 659, and cases cited. His present detention is not of that character.

*Application denied, with costs.*